# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DuBose, Kristi K. | U.S. District Court - Southern District of Alabama | 07/09/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

113 St. Joseph Street
Mobile, AL 36602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Revocable Trust #1 |
| 2. | Board member | Federal Judges Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Sept. 2013 | Cape Electrical Supply (payment re: non-competition agreement) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 2/21/2013 - 2/23/2013 | Dallas, TX | Executive Committee Meeting | Air/Meals/Lodging |
| 2. | Federal Judges Association | 4/23/2013 - 4/25/2013 | Washington, DC | Executive Committee Meeting | Air/Meals/Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DuBose, Kristi K. | 07/09/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DuBose, Kristi K. | 07/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | A | Interest | J | T | | | | | |
| 2. - Regions Bank (cash account) | | | | | | | | | |
| 3. U.S. Treasury Bonds | B | Interest | L | T | | | | | |
| 4. Real Property - Gilmer, Co., Georgia | D | Rent | M | W | | | | | |
| 5. Real Property - Mobile, Co., Alabama (X) | D | Rent | M | W | | | | | |
| 6. Sun Life Universal Policy | A | Interest | L | T | | | | | |
| 7. Hatfield & Co., LLC | D | Rent | J | W | | | | | |
| 8. Branch Banking and Trust | B | Interest | K | T | | | | | |
| 9. IRA #2 | | None | J | T | | | | | |
| 10. - GLD | | | | | | | | | |
| 11. IRA #3 | C | Int./Div. | M | T | | | | | |
| 12. - FDAXX | | | | | Buy (add'l) | 02/22/13 | K | | |
| 13. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 14. | | | | | Sold (part) | 04/09/13 | J | | |
| 15. | | | | | Sold | 04/17/13 | J | | |
| 16. - CEF | | | | | Buy (add'l) | 04/09/13 | J | | |
| 17. | | | | | Buy (add'l) | 04/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DuBose, Kristi K. | 07/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - GTU | | | | | | | | | |
| 19. - INTL BK RECON & DEVEL SER GMTN | | | | | Redeemed | 02/22/13 | K | | |
| 20. - NEW ZEALAND BOND ▮ (Y) | | | | | | | | | |
| 21. - INTL BK RECON & DEVEL NOTE ▮ (Y) | | | | | | | | | |
| 22. - COMMONWEALTH OF AUSTRALIA BOND ▮ (Y) | | | | | | | | | |
| 23. - AG GROWTH INTL INC SUB DB CV ▮ (Y) | | | | | | | | | |
| 24. - PENGROWTH ENERGY CORP ▮ (Y) | | | | | | | | | |
| 25. - KINGDOM OF NORWAY BOND ▮ (Y) | | | | | | | | | |
| 26. - ATLANTIC PWR CORP SB DEB CV ▮ (Y) | | | | | | | | | |
| 27. - PEMBINA PIPELINE CORP ▮ (Y) | | | | | | | | | |
| 28. - EPIBX (Y) | | | | | | | | | |
| 29. IRA #4 | C | Int./Div. | M | T | | | | | |
| 30. - FDAAX | | | | | Buy | 03/25/13 | L | | |
| 31. | | | | | Sold (part)* | 03/26/13 | L | | |
| 32. - NEW ZEALAND BOND ▮ (X) | | | | | Sold | 03/25/13 | K | | |
| 33. - INTL BK RECON & DEVEL NOTE ▮ (X) | | | | | Sold | 03/26/13 | K | | |
| 34. - COMMONWEALTH OF AUSTRALIA BOND ▮ (X) | | | | | Sold | 03/25/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DuBose, Kristi K. | 07/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - AG GROWTH INTL INC SUB DB CV (X) | | | | | Sold | 03/25/13 | J | | |
| 36.  - PENGROWTH ENERGY CORP ▓▓ (X) | | | | | Sold | 03/25/13 | J | | |
| 37.  - KINGDOM OF NORWAY BOND ▓▓ (X) | | | | | Sold | 03/26/13 | K | | |
| 38.  - ATLANTIC PWR CORP SB DEB CV (X) | | | | | Sold | 03/25/13 | J | | |
| 39.  - PEMBINA PIPELINE CORP ▓▓ (X) | | | | | Sold | 03/25/13 | J | A | |
| 40.  - EPASX | | | | | Buy | 03/26/13 | J | | |
| 41.  - EPHCX | | | | | Buy | 03/26/13 | K | | |
| 42.  - EPLAX | | | | | Buy | 03/26/13 | K | | |
| 43.  - EPUSX | | | | | Buy | 03/26/13 | K | | |
| 44.  - EPHAX | | | | | Buy | 03/26/13 | K | | |
| 45.  - EPIVX | | | | | Buy | 03/26/13 | K | | |
| 46.  - EPIBX (X) | | | | | Sold (part) | 03/26/13 | K | | |
| 47.  Brokerage Account #1 (H) | | | | | | | | | |
| 48.  FDAXX | A | Dividend | M | T | Buy | 04/05/13 | O | | |
| 49. | | | | | Buy (add'l) | 04/12/13 | M | | |
| 50. | | | | | Sold (part) | 04/15/13 | M | | |
| 51. | | | | | Sold (part) | 04/16/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DuBose, Kristi K. | 07/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/17/13 | K | | |
| 53. | | | | | Sold (part) | 04/18/13 | L | | |
| 54. | | | | | Sold (part) | 04/22/13 | K | | |
| 55. | | | | | Sold (part) | 04/23/13 | K | | |
| 56. | | | | | Sold (part) | 05/07/13 | L | | |
| 57. | | | | | Sold (part) | 05/10/13 | J | | |
| 58. | | | | | Sold (part) | 05/10/13 | K | | |
| 59. | | | | | Sold (part) | 05/13/13 | K | | |
| 60. | | | | | Sold (part) | 05/14/13 | K | | |
| 61. | | | | | Sold (part) | 05/22/13 | K | | |
| 62. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 63. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 64. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 65. | | | | | Sold (part) | 06/26/13 | J | | |
| 66. | | | | | Sold (part) | 06/28/13 | J | | |
| 67. | | | | | Buy (add'l) | 10/04/13 | J | | |
| 68. | | | | | Sold (part) | 10/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DuBose, Kristi K. | 07/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/28/13 | K | | |
| 70. | | | | | Sold (part) | 10/30/13 | K | | |
| 71. | | | | | Sold (part) | 11/01/13 | J | | |
| 72. | | | | | Sold (part) | 11/04/13 | K | | |
| 73. | | | | | Sold (part) | 11/07/13 | J | | |
| 74. | | | | | Sold (part) | 11/09/13 | K | | |
| 75. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 76. ATAZF | | None | K | T | Buy | 04/22/13 | K | | |
| 77. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 78. AZN | | None | K | T | Buy | 10/28/13 | K | | |
| 79. BETSSON AB SERV B NPV ISIN ▮▮ | | None | | | Buy | 05/07/13 | K | | |
| 80. | | | | | Merged (with line 82) | 05/22/13 | K | | |
| 81. BETSSON AB REDEMPTION SHARES B (X) | | None | | | Redeemed | 06/17/13 | J | | |
| 82. BETSSON AB SERV B NPV ISIN ▮▮ (X) | B | Dividend | K | T | Buy (add'l) | 07/02/13 | J | | |
| 83. BPL | | None | | | Buy | 05/22/13 | K | | |
| 84. | | | | | Sold | 09/30/13 | K | | |
| 85. CFS RETAIL PPTY TR STAPLED ▮▮ | A | Dividend | K | T | Buy | 04/18/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DuBose, Kristi K. | 07/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 87. CHLKF | B | Dividend | K | T | Buy | 04/15/13 | K | | |
| 88. FOJCF | | None | K | T | Buy | 04/15/13 | K | | |
| 89. FOEAF | B | Dividend | K | T | Buy | 04/15/13 | K | | |
| 90. FREENET AG SHS NAMEN AKT ISIN ▓▓▓▓ | B | Dividend | K | T | Buy | 05/22/13 | K | | |
| 91. | | | | | Buy (add'l) | 07/04/13 | J | | |
| 92. FRHLF | A | Dividend | J | T | Buy | 04/16/13 | K | | |
| 93. ITOCF | A | Dividend | K | T | Buy | 05/07/13 | K | | |
| 94. KT | | None | K | T | Buy | 05/14/13 | J | | |
| 95. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 96. KWIPF | B | Dividend | K | T | Buy | 05/10/13 | K | | |
| 97. MLYNF | B | Dividend | K | T | Buy | 04/17/13 | K | | |
| 98. MKRMF | | None | K | T | Buy | 10/28/13 | K | | |
| 99. MTAGF | A | Dividend | K | T | Buy | 04/18/13 | K | | |
| 100. NSRGY | | None | J | T | Buy | 05/22/13 | J | | |
| 101. NZTCF | B | Dividend | K | T | Buy | 04/18/13 | K | | |
| 102. | | | | | Buy (add'l) | 07/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DuBose, Kristi K. | 07/09/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PRSEF | B | Dividend | K | T | Buy | 05/07/13 | K | | |
| 104. RDSA | A | Dividend | K | T | Buy | 04/23/13 | J | | |
| 105. | | | | | Buy (add'l) | 11/19/13 | K | | |
| 106. SGLMF | A | Dividend | K | T | Buy | 04/17/13 | J | | |
| 107. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 108. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 109. SNGNF | A | Dividend | K | T | Buy | 04/16/13 | K | | |
| 110. SPSTF | A | Dividend | | | Buy | 07/26/13 | K | | |
| 111. | | | | | Sold | 10/28/13 | K | | |
| 112. STO | A | Dividend | K | T | Buy | 05/14/13 | J | | |
| 113. | | | | | Buy (add'l) | 10/30/13 | K | | |
| 114. STTFF | | None | | | Buy | 04/15/13 | K | | |
| 115. | | | | | Sold | 11/04/13 | K | | |
| 116. SWZCF | | None | K | T | Buy | 04/15/13 | K | | |
| 117. TBVPF | A | Dividend | | | Buy | 04/23/13 | J | | |
| 118. | | | | | Sold | 07/11/13 | J | A | |
| 119. TELNF | A | Dividend | K | T | Buy | 04/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DuBose, Kristi K. | 07/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 121. TKC | | None | K | T | Buy | 11/04/13 | K | | |
| 122. TOT | A | Dividend | K | T | Buy | 04/23/13 | K | | |
| 123. TSCDF | | None | K | T | Buy | 11/04/13 | K | | |
| 124. VEMLF | A | Dividend | | | Buy | 04/15/13 | J | | |
| 125. | | | | | Sold | 06/25/13 | J | | |
| 126. VIV | A | Dividend | K | T | Buy | 05/14/13 | K | | |
| 127. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 128. WOLWF | A | Dividend | K | T | Buy | 05/13/13 | K | | |
| 129. | | | | | Buy (add'l) | 07/08/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DuBose, Kristi K. | 07/09/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 1, line 1: Revocable Trust # 1 is unfunded. (The unfunded trust was listed at Part VII, line 4, of the 2012, report. It was removed from Part VII of the 2013 report per page 59 of the filing instructions.)

Part VII:
To the extent possible, investment assets were identified by symbol or cusip number.
The filer owns or controls only those items listed on lines 1-6.

Part VII, lines 1 and 2: same as line 1 of the 2012 report.
Part VII, line 3: same as line 3 of the 2012 report.
Part VII, line 5: first rented in 2013.
Part VII, line 7, Column C(2): this represents the filer's good faith estimate of value, as the LLC's exact value is not known and a more accurate determination of value cannot be easily obtained by another method.
Part VII, lines 7-28: prior to 2013, these assets/accounts fell within the provisions of section 102(e)(1)(E) of the Ethics in Government Act, therefore they were not previously reportable. (X)
Part VII, lines 9, 76, 78, 79, 81, 83, 88, 94, 98, 100, 114, 116, 121, and 123 did not generate income during the reporting period.
Part VII, lines 20-28: these assets were moved from IRA #3 to IRA #4 (lines 32-39 and 46). No reportable transactions were associated with the move.
Part VII, line 30: all reportable transactions are listed, but the value is now below the reporting threshold by virtue of non-reportable transactions. (Y)
Part VII, line 76: formerly known (during 2013) as ATEA ASA SHS ISIN

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kristi K. DuBose**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544